CAUSE NO. _____

ANTONIO PATTERSON      ✗      IN THE COURT OF

V.      ✗      CRIMINAL APPEALS

THE STATE OF TEXAS      ✗      OF TEXAS

### PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGIONAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now the appellant / petitioner in the above styled and numbered cause and respectfully moves this honorable court to grant leave to file an origional copy only of the petition for discretionary review and in support thereof would show the court the following:

1. The style and appeal number in the Fifth Court of Appeals is Antonio Patterson V. The State of Texas, appeal no. 05-13-00450-CR.

2. The appellant / petitioner moves that pursuant to Rule 2 Texas Rule of Appellate Procedure, this Court suspend Rule 9.3 (b) Texas Rule Appellate Procedure that requires the filing of eleven (11) copies of the petition for discretionary review with the court.

3. The facts relied upon to show good cause for this request are as follows: The appellant is indigent and incarcerated and does not have access to a photo copier. The appellant is presently not represented by counsel and intends to file a pro-se petition for discretionary review.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk

Wherefore, Premises Considered, the appellant/petitioner respectfully request that this honorable court grant leave to file an original copy only of the petition for discretionary review.

Respectfully Submitted,

Antonio Patterson, Pro Se
TDCJ NO. 1850883
Telford Unit
3899 State Hwy 98
New Boston, Tx. 75570

## Unsworn Declaration

I Antonio Patterson, T.DCJ No. 1850883, being presently incarcerated at the Barry Telford Unit, TDCJ-ID at Bowie County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 8th day of June 2015.

Antonio Patterson, Pro Se.

## Certificate of Service

The appellant/petitioner hereby certifies that a true and correct of the foregoing motion has been mailed to the office of the State Prosecuting Attorney and mailed via U.S. Mail at P.O. Box 12405 Capitol Station, Austin, Texas 78711 on the 8th day of June 2015.

Antonio Patterson, Pro Se.

June 8, 2015

Court of Criminal Appeals
Clerk
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2015

Abel Acosta, Clerk

RE: Motion to suspend rule.

Dear Clerk,

    Enclosed is a Pro Se motion requesting leave to file an origional only of my petition for discretionary review. Please file and present this motion with the court. Also, please provide me with a notice of reciept. In the event you need to contact me, please do so at the below given address.

    Thank you for your time and assistance.

Respectfully,

Antonio Patterson #1850883
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

CC: file: CCP-2